UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIAN P. MANOOKIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:18-cv-00324 |
| ) | CHIEF JUDGE CRENSHAW |
| CONDUENT EDUCATION SERVICES ) | |
| COMPANY, LLC previously d/b/a ACS ) | |
| EDUCATION SERVICES, INC. d/b/a ) | |
| ACS a/k/a ACS 700212, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Plaintiff has filed a Notice of Voluntary Dismissal (Doc. No. 15.) Accordingly, this action is **DISMISSED**, and the Clerk is directed to close the file. Any pending Motions are **DENIED** as **MOOT**. This Order shall constitute the final judgment in this case pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE