UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Brian P. Manookian

                            Plaintiff,

v.                                             Case No.: 3:18–cv–00324

Conduent Education Services Company, LLC

                            Defendant,

## **ENTRY OF JUDGMENT**

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/17/2018 re [16].

                                                      Keith Throckmorton, Clerk
                                             s/ Dalaina Thompson, Deputy Clerk